DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KAREN TATIANA SIDWELL,**
Appellant,

v.

**JAMES EARL SIDWELL,**
Appellee.

No. 4D22-2267

[July 20, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Brett M. Waronicki, Judge; L.T. Case No. 432021DR000383.

Matthew S. Nugent and Adam M. Zborowski of The Law Offices of Nugent Zborowski, North Palm Beach, for appellant.

Karen O'Brien Steger of Steger Law, Stuart, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***